UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA ASTURIAS-CIFUENTES,<br><br>    Petitioner,<br><br>v.<br><br>NEIL CLARK, et al.,<br><br>    Respondents. | CASE NO. C08-1392-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the petitioner and to Judge Theiler.

DATED this 10 day of November, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER